DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARKUS J. GRANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2188

_____

April 10, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Markus J. Grant, pro se.

PER CURIAM.

   Affirmed.

SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.